IT IS SO ORDERED:
s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **DANIEL KARON**, individually and on behalf of all others similarly situated, | Case No. : 1:17-cv-1989 |
| *Plaintiff*, | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| **POINTBREAK MEDIA LLC**, a Delaware limited liability company, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |
| *Defendant*. | |

Plaintiff Daniel Karon ("Plaintiff") hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice.

Respectfully Submitted,

**DANIEL KARON**, individually and on behalf of a Class of similarly situated individuals

Dated: November 6, 2017

By: /s/Adam T. Savett
One of Plaintiff's Attorneys

Adam T. Savett (VA73387)
adam@savettlaw.com
Savett Law Offices LLC
2764 Carole Lane
Allentown PA 18104
Telephone: (610) 621-4550
Facsimile: (610) 978-2970

*Attorneys for Plaintiff and the Putative Class*